ORIGINAL

1  JOHN P. LeCRONE (State Bar No. 115875)
   johnlecrone@dwt.com
2  CAMILO ECHAVARRIA (State Bar No. 192481)
   camiloechavarria@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   865 S. Figueroa Street, Suite 2400
4  Los Angeles, California  90017-2566
   Telephone:  (213) 633-6800
5  Fax:  (213) 633-6899

6  Attorneys for Defendants
7  DIAMOND PARKING, INC. AND
   DIAMOND PARKING SERVICES, LLC
8

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA            M.J.

11
12 ROBERT TERUEL, individually, and   )  Case No.    3388
   on behalf of all those similarly   )
13 situated,                          )  DEFENDANTS' DISCLOSURE
                                      )  STATEMENT
14              Plaintiffs,           )
                                      )  (Fed. R. Civ. P. 7.1)
15      vs.                           )
                                      )  Action Filed: May 21, 2007
16 DIAMOND PARKING, INC., a           )
   Washington Corporation;            )
17 DIAMOND PARKING SERVICES,          )
   LLC, a Washington Limited Liability)
18 Company; and DOES 1 through 500,   )
19 inclusive,                         )
                                      )
20              Defendants.           )
                                      )
21                                    )
                                      )
22                                    )
                                      )
23                                    )
                                      )
24
25
26
27
28

---
DEFENDANTS' DISCLOSURE STATEMENT
LAX 431114v1 0053052-000029

1  Defendant Diamond Parking Services, LLC, is a Washington Limited
2  Liability Company and hereby discloses that its parent corporation is Defendant
3  Diamond Parking, Inc. Defendant Diamond Parking, Inc. is a Washington
4  Corporation and hereby discloses that it does not have a parent corporation. There
5  is no publicly held corporation that owns 10% or more of the stock of Diamond
6  Parking, Inc.

8  DATED: June 27, 2007            DAVIS WRIGHT TREMAINE LLP
                                   John P. LeCrone
9                                  Camilo Echavarria

11                                 By: /s/ John P. LeCrone
12                                     John P. LeCrone

13                                 Attorneys for Defendants
                                   DIAMOND PARKING, INC. and
14                                 DIAMOND PARKING SERVICES, LLC

---

DEFENDANTS' DISCLOSURE STATEMENT                    1
LAX 431114v1 0053052-000029

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax (213) 633-6899