1  **KRUTCIK & GEORGGIN**
   James A. Krutcik, Esq.  (SBN 140550)
2  26021 Acero
   Mission Viejo, CA 92691
3  (949) 367-8590;     (949) 367-8597 FAX

4  jkrutcik@kglawoffices.com

5  Attorneys for Plaintiff ROBERT TERUEL,
   individually; and on behalf of all those similarly
6  situated

7  **DAVIS WRIGHT TREMAINE LLP**
   John P. LeCrone  (SBN 115875)
8  865 S. Figueroa Street
   Suite 2400
9  Los Angeles, CA 90017-2566
10 (213) 633-6800;     (213) 633-6899 FAX

11 johnlecrone@dwt.com

12 Attorneys for Defendants DIAMOND PARKING,
   INC. and DIAMOND PARKING SERVICES,
13 LLC

14

15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18

19

20 ROBERT TERUEL, individually; and      ) Case No. C 07-03388 MJJ
   on behalf of all those similarly situated, )
21                                         )
                   Plaintiff,              ) **STIPULATION AND [PROPOSED]**
22                                         ) **ORDER TO STAY ALL**
            vs.                            ) **PROCEEDINGS INCLUDING;**
23                                         ) **MOTION TO TRANSFER VENUE**
   DIAMOND PARKING, INC., a                ) **AND FRCP RULE 26 DEADLINES;**
24 Washington Corporation; DIAMOND         ) **DECLARATION OF JAMES A.**
   PARKING SERVICES, LLC, a                ) **KRUTCIK**
25 Washington Limited Liability            )
   Company; and DOES 1 through 500,        )
26 inclusive,                              )
                                           )
27                 Defendants.             )

28

---

STIPULATION FOR A STAY OF ALL PROCEEDINGS
LAX 467015v1 0053052-000029

**WHEREAS** on May 21, 2007, Robert Teruel, individually and on behalf of all those similarly situated ("PLAINTIFFS") filed an action against Diamond Parking, Inc. and Diamond Parking Services, LLC ("DEFENDANTS") alleging various violations of California wage and hour law;

**WHEREAS**, on June 28, 2007, DEFENDANTS filed a Notice to Adverse Parties of Removal to Federal Court and the Removal was granted;

**WHEREAS**, on July 27, 2007, DEFENDANTS filed a Motion to Transfer Venue pursuant to 28 U.S.A. 1404(a), which motion is set for hearing on September 18, 2007;

**WHEREAS**, the parties have agreed to a mediation and informal exchange of discovery, and to stay the entire action, including the Motion to Transfer Venue, for a period of 90 days pending the outcome of efforts to mediate this matter;

**IT IS THEREFORE AGREED AND STIPULATED**, by and between PLAINTIFFS and DEFENDANTS, through their respective counsel of record, all matters in this action be stayed for 120 days including:

1. A stay of DEFENDANTS' Motion to Transfer Venue pursuant to 28 U.S.C. 1404 (a), and continuance of the hearing on the motion for a convenient date 90 days hence; and

2. The deadline(s) for Initial Disclosures under Federal Rules of Civil Procedure 26; and

3. All formal discovery under the Federal Rules of Civil Procedure, including depositions; and

4. Any Motion for Certification of Class Action

///
///
///
//
///

1
STIPULATION FOR A STAY OF ALL PROCEEDINGS
LAX 467015v1 0053052-000029

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**IT IS SO STIPULATED**

DATED: August 10, 2007                    **KRUTCIK & GEORGGIN**

                                          By: _____/S/_____
                                              James A. Krutcik, Esq.
                                              Attorneys for PLAINTIFF


DATED:  August 10, 2007                   **DAVIS WRIGHT TREMAINE LLP**

                                          By: _____/S/_____
                                              John P. LeCrone, Esq.
                                              Attorneys for DEFENDANTS,
                                              DIAMOND PARKING, INC. and
                                              DIAMOND PARKING
                                              SERVICES, LLC

**IT IS SO ORDERED**


DATED: _____                     _____
                                          UNITED STATES DISTRICT COURT
                                          JUDGE

2
STIPULATION FOR A STAY OF ALL PROCEEDINGS
LAX 467015v1 0053052-000029

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DECLARATION OF JAMES A. KRUTCIK IN SUPPORT OF STIPULATION TO STAY MOTION TO TRANSFER VENUE AND PENDING FRCP RULE 26 DEADLINES

I, James A. Krutcik, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California and the United States District Court for the Northern, Central and Southern Districts of California. I am a partner in the law firm of Krutcik & Georggin, attorneys for Plaintiff, Robert Teruel. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. On May 21, 2007, Robert Teruel, individually and on behalf of all those similarly situated ("PLAINTIFFS") filed an action against Diamond Parking, Inc. ("DEFENDANTS") alleging various violations of California wage and hour law by DIAMOND PARKING, INC.

3. On June 28, 2007 DEFENDANTS filed a Notice to Adverse Parties of Removal to Federal Court and the Removal was granted.

4. On July 27, 2007, DIAMOND PARKING INC. filed a Motion to Transfer Venue pursuant to 28 U.S.A. 1404(a).

5. On August 2, 2007, the parties agreed to Stay all proceedings including the Motion to Transfer Venue; FRCP Rule 26 requirements; all formal discovery under the Federal Rules of Civil Procedure, including depositions; and any Motion for Certification of Class Action, pending the outcome of efforts to Mediate this matter.

Executed this 14th day of August, 2007 at Mission Viejo, California.

_____/S/_____
JAMES A. KRUTCIK, ESQ.

3
STIPULATION FOR A STAY OF ALL PROCEEDINGS
LAX 467015v1 0053052-000029

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899