IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERUEL, | No. C07-03388 MJJ |
| Plaintiff, | **ORDER STAYING CASE AND DENYING WITHOUT PREJUDICE MOTION TO TRANSFER VENUE** |
| v. | |
| DIAMOND PARKING, | |
| Defendant. | |

Pursuant to a stipulation field by the parties on August 14, 2007, this matter is hereby **STAYED** until November 14, 2007 pending efforts by the parties to mediate the matter. Defendants Motion to Transfer Venue (Docket No. 7) is **DENIED WITHOUT PREJUDICE**. Once the stay is lifted, Defendants may if they desire re-notice the Motion in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: September 13, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE