IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT TERUEL,

    Plaintiff,

v.

DIAMOND PARKING,

    Defendant.

No. C 07-03388 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On August 14, 2007, the parties stipulated to staying this action for 120 days pending efforts by the parties to mediate this matter. Pursuant to the parties' stipulation, the Court stayed the case and denied the motion to transfer without prejudice. More than 120 days have passed since the parties requested that this action be stayed. The parties are HEREBY ORDERED to submit a joint status report by no later than June 6, 2008, advising the Court as to the status of the parties' mediation efforts and whether the stay should be lifted.

**IT IS SO ORDERED.**

Dated: May 15, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE