**KRUTCIK & GEORGGIN**
A. Nicholas Georggin, Esq. (SBN 170925)
James A. Krutcik, Esq. (SBN 140550)
26021 Acero
Mission Viejo, CA 92691
(949) 367-8590;    (949) 367-8597 FAX
ngeorggin@kglawoffices.com; jkrutcik@kglawoffices.com

Attorneys for Plaintiff ROBERT TERUEL, individually;
and on behalf of all those similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERUEL, individually; and on behalf of all those similarly situated, | CASE NO. C 07-03388 JSW |
| Plaintiffs, | **JOINT STATUS REPORT** |
| vs. | |
| DIAMOND PARKING, INC., a Washington Corporation; DIAMOND PARKING SERVICES, LLC, a Washington Limited Liability Company; and DOES 1 through 500, inclusive, | |
| Defendants. | |

   Plaintiff, Robert Teruel("Plaintiff"), and Defendant, Diamond Parking, LLC. ("Diamond Parking"), submit this Joint Status Report.

   The parties reached a settlement in principle and are working to finalize Plaintiff's individual Settlement Agreement.  A few outstanding issues remain with respect to the language of the Settlement Agreement and the parties are currently meeting and conferring regarding the disputed language.  The parties are confident that the issues will be resolved, the Settlement Agreement will be finalized and a

**JOINT STATUS REPORT**
-1-

1  Stipulation to Dismiss Plaintiff's individual claims will be filed within the next
2  fourteen (14) days.

3
   DATED:  June 6, 2008			**KRUTCIK & GEORGGIN**
4

5					By:	/s/ A. Nicholas Georggin
						A. Nicholas Georggin, Esq.
6						Attorneys for Plaintiff

7

8  DATED:  June 6, 2008			**DAVIS WRIGHT TREMAINE, LLP**
9

10
					By:	/s/ Kathryn S. Rosen
11						Kathryn S. Rosen, Esq.
						Attorneys for Defendant,
12						Diamond Parking, LLC.