JOHN P. LeCRONE (CA State Bar No. 115875)
Email: johnlecrone@dwt.com
BRUCE G. McCARTHY (CA State Bar No. 224804)
Email: brucemccarthy@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599

Attorneys for Defendants Diamond Parking Inc.
and Diamond Parking Services, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT TERUEL, individually; and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND PARKING INC., a Washington corporation; DIAMOND PARKING SERVICES, LLC, a Washington Limited Liability Company; and DOES 1 through 500, inclusive,<br><br>Defendants. | Case No. 07-3388<br><br>**DECLARATION OF JAN SUMNER IN SUPPORT OF STIPULATION OF DISMISSAL OF INDIVIDUAL ACTION AND CLASS ACTION CLAIMS**<br><br>(Stipulation For Dismissal of Individual Action and Class Action Claims; [Proposed] Order; and Declaration of a. Nicholas Georggin, Esq. filed and served concurrently herewith) |

I, Jan Sumner, declare as follows:

1. I am employed as Vice-President of Human Resources by Diamond Paymaster LLC, a Washington Limited Liability Company with a principal place of business in Washington and wholly-owned subsidiary of Defendant Diamond Parking, Inc. The other named Defendant, Diamond Parking Services, LLC, does not employ any individuals. The two entities named as Defendants in Plaintiff's Complaint are collectively referred to as "Defendants" or "Diamond Parking." I am familiar with the facts set forth in this declaration and could and would testify competently to them.

/ / /

DWT 2172325v1 0053052-000029

2\. As Vice-President of Human Resources, I am fully familiar with the payroll and personnel practices and records maintained for Defendants' employees in California. While employed by Diamond Parking, Plaintiff Robert Teruel worked in Diamond Parking's facilities in Long Beach, California.

3\. Plaintiff was employed by Diamond Parking as an Area Supervisor from September 19, 2005 until May 3, 2006. As an Area Supervisor, he was responsible for overseeing the operations of certain Diamond Parking lots and supervising the couple dozen Checkers, Attendants/Cashiers and Valets who worked in the lots. He was responsible for hiring, supervising, retaining, ensuring the professional development of, and terminating (when necessary) direct reports. Diamond Parking classified his position as exempt from state and federal overtime pay requirements under the "executive" exemption.

4\. Diamond Parking currently employs only one Area Supervisor in the State of California.

5\. Only twelve persons held the position of Area Supervisor in the State of California during the proposed class period (May 21, 2003 to present). These twelve individuals had various job duties and worked in discrete locations throughout the State of California.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed on July 11, 2008 at Seattle, Washington.

_____
Jan Sumner