DAVIS WRIGHT TREMAINE LLP

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT TERUEL, individually; and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DIAMOND PARKING INC., a Washington corporation; DIAMOND PARKING SERVICES, LLC, a Washington Limited Liability Company; and DOES 1 through 500, inclusive,<br><br>    Defendants. | CASE NO. C 07-03388 JSW<br><br>**STIPULATION FOR DISMISSAL OF INDIVIDUAL ACTION AND CLASS ACTION CLAIMS; [PROPOSED] ORDER**<br><br>(Declaration of A. Nicholas Georggin, Esq.; and Declaration of Jan Sumner filed and served concurrently herewith) |

### STIPULATION

Defendants Diamond Parking Inc. and Diamond Parking Services, LLC ("DIAMOND") and Plaintiff Robert C. Teruel, individually, ("TERUEL") through their attorneys of record, represent to the Court that the parties have reached a settlement of TERUEL's individual claims against DIAMOND in this matter. Due to the limited number of, and the divergent job duties and work locations for, the potential class members in this case, the parties are unaware of any legal

1 authority that would support certification of a class under Federal Rules of Civil Procedure, rule
2 23. (See Declarations of A. Nicholas Georggin, Esq. and Jan Sumner, filed herewith.) As such,
3 this agreement does not settle any class allegations, nor shall it be interpreted to apply to any of
4 DIAMOND's current or former employees except for TERUEL individually. Nothing in this
5 Stipulation and Order of Dismissal shall negatively affect the rights of the putative class members,
6 including but not limited to the applicable statute of limitations, which is tolled for the period of
7 time from the filing of the instant action up to and including the date of dismissal.

8 Based on the aforementioned settlement, the parties stipulate to entry of the subjoined
9 Order dismissing TERUEL's individual action with prejudice and the class action claims without
10 prejudice, and with each party to bear their own attorneys' fees and costs.

12 DATED this 15th day of July, 2008.

13 DAVIS WRIGHT TREMAINE LLP           KRUTCIK & GEORGGIN
   Attorneys for Defendants Diamond Parking   Attorneys for Plaintiff Robert Teruel
14 Inc. and Diamond Parking Services, LLC

16 By   /s/ Katie Rosen                By   /s/ A. Nicholas Georggin
        KATIE S. ROSEN                       A. NICHOLAS GEORGGIN

## [PROPOSED] ORDER

Pursuant to the foregoing Stipulation of the parties, it is hereby ordered, adjudged, and decreed that due to the settlement of Plaintiff Robert C. Teruel's ("TERUEL") individual claims against Defendants Diamond Parking Inc. and Diamond Parking Services, LLC ("DIAMOND"), TERUEL's individual action is hereby dismissed with prejudice, the class action claims are hereby dismissed without prejudice, and each party is to bear their own attorneys' fees and costs. Nothing in this Stipulation and Order of Dismissal shall negatively affect the rights of the putative class members, including but not limited to the applicable statute of limitations, which is tolled for the period of time from the filing of the instant action up to and including the date of dismissal.

DATED:   July 18, 2008 ____, 2008.

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE